

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Frances Phillips,

\* From the 266th District Court
of Erath County,
Trial Court No. CV35697.

Vs. No. 11-20-00203-CV

\* April 23, 2021

Community Outreach Housing,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Frances Phillips.